THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF BRAYDON BOFMAN, *et al.*, | CASE NO. C19-0889-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to respond to Plaintiffs' complaint (Dkt. No. 11). Finding good cause, the stipulated motion is GRANTED. Defendant shall respond to Plaintiffs' complaint no later than July 11, 2019.

DATED this 14th day of June 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C19-0889-JCC
PAGE - 1