UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF BRAYDON BOFMAN, *et al.*, | CASE NO. C19-0889-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to any party. The Clerk is DIRECTED to terminate all pending case management dates, terminate Defendant's motion to dismiss (Dkt. No. 15), and CLOSE this case.

DATED this 29th day of July 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk